IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 19-01126-lmj7 |
| SHARON K. STRADER-RIDDLE, | ) | |
| | ) | TRUSTEE'S MOTION TO COMPEL |
| Debtor. | ) | TURNOVER OF PROPERTY |

COMES NOW Charles L. Smith, Trustee, and states to the Court for his Motion to Compel Turnover of Property pursuant to 11 U.S.C. §542, the following:

1. The Debtor filed a Petition for relief under Chapter 7 on May 16, 2019 and the first meeting of creditors was held on June 6, 2019.

2. The Debtor has the following asset in her possession which is not exempt, and which should be turned over to the Trustee to be administered in this bankruptcy estate: any and all documents related to the sale of real estate located at 315 North Butler in Corydon, Iowa under a real estate contract in which the Debtor sold the property to a third party; the amount due on the mortgage against the aforesaid property; and all documents regarding the tax sale of properties in Allerton, Iowa.

WHEREFORE, Charles L. Smith, Trustee prays that the Debtor be ordered to turnover possession of said property to the Trustee; and for such other and further relief as is just.

DATED: July 22, 2019.

/s/ Charles L. Smith
Charles L. Smith, Trustee, AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA 51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
E-mail: csmith@telpnerlaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and by first class mail on the 22nd day of July, 2019 to the following non CM/ECF participants:

Sharon K. Strader-Riddle
2450 Newton Rd.
Corydon, IA  50060

                              /s/ Cathy Templeton